**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **SHARONE GOODWIN,  #191831** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 15-0417-WS-N** |
| **WILLIAM DESPAIN,** *et al.,* | : | |
| **Defendants.** | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.   It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Walter Myers, Terry Raybon, and William DeSpain, and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE** this 12th day of June, 2018.


**s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE**