IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARONE GOODWIN, #191831 | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 15-0417-WS-N |
| WILLIAM DESPAIN, *et al.*, | : | |
| Defendants. | : | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Sharone Goodwin recover nothing, and the claims made against Defendants Walter Myers, Terry Raybon, and William DeSpain are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this 12th day of June, 2018.

s/WILLIAM H . STEELE
**UNITED STATES DISTRICT JUDGE**